**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| REBECCA WOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:23-cv-00060-SEP |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendants. | ) |

**ORDER OF DISMISSAL**

In accordance with the Order issued this day,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

Dated this 20th day of July, 2023.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE